UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MELISSA BRANDON,

  Plaintiff,

CASE NO.: 6:17-CV-00675-CEM-GJK

-vs-

PROG LEASING, LLC, d/b/a
PROGRESSIVE LEASING,

  Defendant.
_____/

## STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, Melissa Brandon and the Defendant, Prog Leasing, LLC d/b/a Progressive Leasing, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulates to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 17th day of August, 2017.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Jenny Perkins* |
| Octavio "Tav" Gomez, Esquire | Jenny N. Perkins, Esquire |
| Morgan & Morgan, Tampa, P.A. | Ballard Spahr LLP |
| One Tampa City Center | 1735 Market St., 51st Floor |
| 201 N. Franklin St., 7th Floor | Philadelphia, PA 19103 |
| Tampa, FL 33602 | Tele: (215) 864-8378 |
| Tele: (813) 223-5505 | Fax: (215) 864-8999 |
| Fax: (813) 223-5402 | PerkinsJ@ballardspahr.com |
| TGomez@forthepeople.com | Florida Bar #: 7757 |
| Florida Bar #: 0338620 | Attorneys for Defendant |
| Attorney for Plaintiff | |